IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDMUND ALBERTO JASPE HIDALGO,** *et al.*, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-6775** |
| | : | |
| **DAVID O'NEILL,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** on this 4th day of December, 2025, it is hereby **ORDERED** that Respondents **SHALL** respond to Petitioners' Motion for a Temporary Restraining Order (Doc. No. 2) **no later than** December 5th, 2025, at 10:00 a.m.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

**PAUL S. DIAMOND, J.**