IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDMUND ALBERTO JASPE HIDALGO,** *et al.*, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-6775** |
| | : | |
| **DAVID O'NEILL,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of December, 2025, upon consideration of Jaspe Hidalgo and Jaspe Quintero's Petition (Doc. No. 1) and Motion for Temporary Restraining Order (Doc. No. 2), and the Government's Response (Doc. No. 4), it is hereby **ORDERED** that the Motion (Doc. No. 2) is **GRANTED IN PART** as follows:

1. For the reasons stated in <u>Demirel</u>, **Petitioners are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a). See <u>Demirel v. Federal Detention Ctr. Philadelphia</u>, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).

2. All claims against Bondi and Noem are **DISMISSED**. See <u>Demirel</u>, 2025 WL 3218243, at *2 (quoting <u>Rumsfeld v. Padilla</u>, 542 U.S. 426, 435 (2004)). As Petitioners are no longer held at the Philadelphia Federal Detention Center, all claims against Jamal Jamison are further **DISMISSED**. See <u>id.</u>

3. **On or before** December 13, 2025, Acting Field Office Director of Enforcement and Removal Operations O'Neill **shall provide** Petitioners with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**.

1

4. Should the IJ deny bond, O'Neill **shall provide** Petitioners the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.