**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDMUND ALBERTO JASPE HIDALGO, *et al.*, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-6775** |
| | : | |
| DAVID O'NEILL, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of March, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL** close this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

**PAUL S. DIAMOND, J.**